**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6724**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEWART DEAN DALE,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Charles E. Simons, Jr., Senior District Judge.  (CR-94-36)

———————————

Submitted:  January 9, 1997          Decided:  January 21, 1997

———————————

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Stewart Dean Dale, Appellant Pro Se.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motions for the return of seized property under Fed. R. Crim. P. 41(e) and for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Dale</u>, No. CR-94-36 (W.D.N.C. Mar. 1 & Apr. 10, 1996). We deny Appellant's motions for authorization for preparation of a transcript at government expense and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2